EL PUEBLO, DEMANDANTE Y APELADO, *v.* CANALES, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por delito de acometimiento y agresión con circunstancias agravantes.

No. 955.—Resuelto en mayo 15, 1916.

ACOMETIMIENTO Y AGRESIÓN—PIEDRA—FLECHA U HONDA—DAÑO CORPORAL—INTENCIÓN CRIMINAL.—El tirar piedras con una flecha u honda contra una persona causándole daño en su cuerpo, constituye un delito de acometimiento y agresión; infiriéndose del acto mismo la intención de causar daño pues se presume que toda persona conoce las consecuencias naturales y probables de sus actos.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Antonio Trujillo Güil.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF emitió la opinión del tribunal.

Un muchacho, el acusado Claudio Canales, tiró por juego una piedra con una flecha a otro muchacho, causándole con ello un daño de tal naturaleza que perdió la visión. Claudio Canales fué juzgado por un delito de acometimiento y agresión con circunstancias agravantes y declarado culpable y condenado a sufrir dos años de cárcel que es el máximum que fija la ley. El único error que ha sido alegado fué el no haber habido malicia por parte del acusado, y por tanto que no pudo existir ningún acometimiento y agresión, pues la intención de causar daño era un elemento esencial. Pero la intención puede inferirse del acto mismo, pues se presume que una persona conoce las consecuencias naturales y probables de sus actos. Por un hecho semejante fué declarado culpable un acusado en el caso de *El Pueblo de Puerto Rico v. Bianchi,* 18 D. P. R. 576. Véase también el caso de *El Pueblo v. Astacio,* resuelto hoy, y *El Pueblo v. Blandford,* sentencia de marzo 24, 1916.

Además, es bastante perverso un muchacho que coge una piedra y la tira violentamente contra otra persona. Tales

hechos no han de ser tolerados y debe confirmarse la sentencia dictada por la Corte de Distrito de San Juan.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.